**SAUL EWING**
Attorneys at Law
*A Delaware LLP*

Andrea A. Lipuma
Phone: (609) 452-5032
Fax: (609) 452-6111
ALipuma@saul.com
www.saul.com

RECEIVED
JUL -9 2008
AT 8:30___
WILLIAM ___
CLERK

July 7, 2008

*Via Electronic Filing*

The Hon. Tonianne J. Bongiovanni
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re: *Deborah A. Blakely v. Transamerica Occidental Insurance Company et al.*
       <u>Civil Action No. 08-2689</u>

Your Honor:

   We represent defendant Transamerica Occidental Life Insurance Company ("Transamerica") in the above-referenced case and are writing with the consent of all parties to request an adjournment of the August 5, 2008 scheduling conference in this litigation. The reason for the adjournment request is that the parties will be attempting to settle this matter at the July 25th confidential mediation session scheduled with the Court. With the existing August 5th scheduling conference date, the parties will have to comply with their obligations under Rule 26.1 to meet and confer by July 16th and to file a discovery plan by July 28th. The parties requested the settlement discussions and if the matter settles on July 25th, there will be no need for the discovery plan, meet and confer sessions or the August 5th scheduling conference. Therefore, we respectfully request that the Court <u>adjourn the August 5th scheduling conference</u> for several weeks so that the obligations to meet and confer on a discovery plan pursuant to Rule 26.1 do not arise until after the July 25th confidential settlement conference.

   Thank you for your consideration of this matter.

                              Respectfully submitted,

                              s/ Andrea A. Lipuma

                              Andrea A. Lipuma

*[Handwritten annotations:]* The conference is adjourned without date. The parties shall update this Court no later than July 28, 2008 as to the status of settlement.

AAL/smc
c:  Howard Mankoff, Esq.
    Gregory A. Lomax, **ORDER ON ORAL MOTION**

So Ordered this 10th day of July, 2008

*[Signature]*

750 College Road East, Suite 100 • Princeton, NJ 08540-6617 • Phone: (609) 452-3100 • Fax: (609) 452-3122
Marc A. Citron - Princeton Managing Partner

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP